| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Swain, Laura T. | 2. Court or Organization US District Court - Southern District of New York | 3. Date of Report 05/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Suite 1640
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Havens Relief Fund Society |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▬▬▬▬▬ (salary and benefits) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HSBC Bank (cash) | A | Interest | K | T | | | | | |
| 2. Citibank (cash) | A | Interest | J | T | | | | | |
| 3. Synchrony Bank (cash) | A | Interest | L | T | | | | | |
| 4. _____ Employees Stock Ownership Plan (no control) | A | Dividend | K | T | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. Schwab Cash Reserves Sweep Shares (SWSXX) (cash) | A | Int./Div. | K | T | | | | | |
| 7. Energy Select Sector (XLE) | A | Dividend | | | Sold (part) | 01/16/18 | J | A | |
| 8. | | | | | Sold (part) | 01/17/18 | J | A | |
| 9. | | | | | Sold | 11/13/18 | J | | |
| 10. FIDELITY MSCI INSUSTRIALS (FIDU) | A | Dividend | J | T | Buy | 01/17/18 | J | | |
| 11. | | | | | Sold (part) | 05/01/18 | J | | |
| 12. FIDELITY MSCI CONS DISCR (FDIS) | A | Dividend | J | T | Buy | 01/17/18 | J | | |
| 13. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 14. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 15. FIDELITY MSCI CONS STPLS (FSTA) | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 16. FIDELITY MSCI FINANCIALS (FNCL) | A | Dividend | J | T | Buy | 01/17/18 | J | | |
| 17. | | | | | Sold (part) | 10/10/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. FIDELITY MSCI HEALTH (FHLC) | A | Dividend | J | T | Buy | 01/17/18 | J | | |
| 19. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 20. FIDELITY MSCI INFOR TECH (FTEC) | A | Dividend | J | T | Buy | 01/17/18 | J | | |
| 21. | | | | | Sold (part) | 06/27/18 | J | A | |
| 22. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 23. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 24. Flexshares Exg Trd FD IBOXX 5 yr TGT Dur TIPS Index Fund (TDTF) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 25. | | | | | Sold (part) | 11/28/18 | J | | |
| 26. Invesco Optimum Yield (formerly Powershares DB Optm Yld ETF) (PDBC) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 27. Invesco Senior Loan (formerly Powershares Senior Loan ETF) (BKLN) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 28. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 29. | | | | | Sold (part) | 11/13/18 | J | | |
| 30. Invesco Variable Rate Preferred ETF (VRP) | A | Dividend | | | Buy | 06/27/18 | J | | |
| 31. | | | | | Sold | 11/28/18 | J | | |
| 32. IShares Bond ETF Agency Bond (AGZ) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 33. IShares CMBS ETF (CMBS) | A | Dividend | J | T | Buy | 11/28/18 | J | | |
| 34. IShares MSCI ETF Minimum Volatility (USMV) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 36. IShares 7-10 YR TRSURYBOND ETF (IEF) (Y) | | | | | | | | | |
| 37. ROBO Gbl Rbotcs And Automatn Indx (ROBO) | | None | | | Sold (part) | 01/16/18 | J | A | |
| 38. | | | | | Sold | 10/10/18 | J | A | |
| 39. SPDR Barclays ETF High Yld Very Liquid Index (JNK) | A | Dividend | | | Buy (add'l) | 01/16/18 | J | | |
| 40. | | | | | Sold | 11/28/18 | J | | |
| 41. SPDR Dow Jones REIT (RWR) | A | Dividend | K | T | Buy (add'l) | 01/16/18 | J | | |
| 42. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 43. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 44. SPDR Euro STOXX 50 ETF (FEZ) | A | Dividend | | | Buy (add'l) | 01/16/18 | J | | |
| 45. | | | | | Sold | 05/01/18 | J | A | |
| 46. SPDR Intrmdt Trm Crprate Bnd ETF | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 47. SPDR Long Term Treasury (SPTL) | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 48. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 49. SPDR Small Cap ETF (SPSM) | A | Dividend | J | T | Sold (part) | 01/16/18 | J | A | |
| 50. | | | | | Sold (part) | 06/27/18 | J | A | |
| 51. | | | | | Sold (part) | 11/28/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 53. Vanguard FTSE ETF Dev Mkts (VEA) | B | Dividend | K | T | Sold (part) | 01/16/18 | J | A | |
| 54. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 55. | | | | | Sold (part) | 11/13/18 | J | | |
| 56. | | | | | Sold (part) | 11/28/18 | J | | |
| 57. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 58. Vanguard FTSE Emerging Mkts (VWO) | A | Dividend | J | T | Sold (part) | 01/16/18 | J | A | |
| 59. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 60. | | | | | Sold (part) | 06/27/18 | J | | |
| 61. | | | | | Sold (part) | 11/13/18 | J | | |
| 62. | | | | | Sold (part) | 11/28/18 | J | | |
| 63. Vanguard Intermediate Term Gov ETF (VGIT) | A | Dividend | K | T | Buy (add'l) | 01/16/18 | J | | |
| 64. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 65. Vanguard Large Cap ETF (VV) | A | Dividend | J | T | Sold (part) | 01/16/18 | J | A | |
| 66. | | | | | Sold (part) | 01/17/18 | K | C | |
| 67. | | | | | Sold (part) | 06/27/18 | J | A | |
| 68. | | | | | Sold (part) | 11/13/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/28/18 | J | A | |
| 70. Vanguard Long Term Cor Bd ETF (VCLT) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 71. Vanguard Mtrg-Backd ETF Mortg-Backed Secs (VMBS) | A | Dividend | K | T | Buy (add'l) | 01/16/18 | J | | |
| 72. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 73. IRA #2 (H) | | | | | | | | | |
| 74. CITIBANK CASH MONEY FUNDS (Y) | | | | | | | | | |
| 75. WESTERN ASSET INSTL GOVT (X) (INGXX) | A | Interest | J | T | | | | | |
| 76. JP MORGAN INTREPID GROWTH FUND CLASS A (JIGAX) | | None | | | Sold | 03/06/18 | M | E | |
| 77. JP MORGAN VALUE ADVANTAGE FUND (JVAAX) | | None | | | Sold | 03/06/18 | M | C | |
| 78. JP MORGAN STRATEGIC INCOME OPPORTUNITY (JSOAX) | A | Dividend | | | Sold | 03/06/18 | K | | |
| 79. JP MORGAN CORE PLUS BOND FUND CLASS A (ONIAX) | A | Dividend | | | Sold | 03/06/18 | K | | |
| 80. ISHARES TR RUSSELL 1000 VALUE ETF (IWD) | B | Dividend | L | T | Buy | 03/06/18 | L | | |
| 81. | | | | | Sold (part) | 03/19/18 | J | A | |
| 82. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 83. | | | | | Sold (part) | 05/07/18 | J | | |
| 84. | | | | | Sold (part) | 08/02/18 | J | A | |
| 85. ISHARES TR RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | L | T | Buy | 03/06/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 03/19/18 | J | A | |
| 87. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 88. | | | | | Sold<br>(part) | 05/07/18 | J | | |
| 89. | | | | | Sold<br>(part) | 08/02/18 | J | A | |
| 90. ISHARES TR RUSSELL 2000 ETF (IWM) | A | Dividend | J | T | Buy | 03/06/18 | J | | |
| 91. | | | | | Sold<br>(part) | 03/19/18 | J | A | |
| 92. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 93. | | | | | Sold<br>(part) | 05/07/18 | J | A | |
| 94. | | | | | Sold<br>(part) | 08/02/18 | J | A | |
| 95. ISHARES TR JPMORGAN EMERGING MKTS (EMB) | A | Dividend | J | T | Buy | 03/06/18 | J | | |
| 96. | | | | | Sold<br>(part) | 04/02/18 | J | | |
| 97. | | | | | Sold<br>(part) | 05/07/18 | J | | |
| 98. | | | | | Buy<br>(add'l) | 08/02/18 | J | | |
| 99. ISHARES TR SHORT-TERM CORP BD (IGSB) | A | Dividend | J | T | Buy | 08/02/18 | J | | |
| 100. VANGUARD BD INDEX FDS (BND) | A | Dividend | K | T | Buy | 03/06/18 | K | | |
| 101. | | | | | Sold<br>(part) | 03/19/18 | J | A | |
| 102. | | | | | Sold<br>(part) | 04/02/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 104. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 105. VANGUARD TAX MANAGED INTL (VEA) | B | Dividend | L | T | Buy | 03/06/18 | L | | |
| 106. | | | | | Sold (part) | 03/19/18 | J | | |
| 107. | | | | | Sold (part) | 04/02/18 | J | | |
| 108. | | | | | Sold (part) | 05/07/18 | J | A | |
| 109. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 110. VANGUARD CHARLOTTE FDS (BNDX) | A | Dividend | J | T | Buy | 03/06/18 | J | | |
| 111. | | | | | Sold (part) | 04/02/18 | J | A | |
| 112. | | | | | Sold (part) | 05/07/18 | J | A | |
| 113. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 114. VANGUARD INTL EQUITY INDEX (VWO) | A | Dividend | K | T | Buy | 03/06/18 | K | | |
| 115. | | | | | Sold (part) | 03/19/18 | J | | |
| 116. | | | | | Sold (part) | 04/02/18 | J | | |
| 117. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 118. | | | | | Sold (part) | 08/02/18 | J | | |
| 119. IRA #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Western Asset Instl Govt MMF (INGXX) | A | Interest | J | T | | | | | |
| 121.  IShares TR Russell 1000 Value ETF (IWD) | B | Dividend | K | T | Buy<br>(add'l) | 02/01/18 | J | | |
| 122. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 123. | | | | | Sold<br>(part) | 08/02/18 | J | A | |
| 124.  IShares TR Russell 1000 Growth ETF<br>(IWF) | A | Dividend | K | T | Sold<br>(part) | 02/01/18 | J | A | |
| 125. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 126. | | | | | Sold<br>(part) | 05/07/18 | J | A | |
| 127. | | | | | Sold<br>(part) | 08/02/18 | J | B | |
| 128.  IShares TR Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy<br>(add'l) | 02/01/18 | J | | |
| 129. | | | | | Sold<br>(part) | 04/02/18 | J | A | |
| 130. | | | | | Sold<br>(part) | 05/07/18 | J | A | |
| 131. | | | | | Sold<br>(part) | 08/02/18 | J | A | |
| 132.  IShares TR JP Morgan USD Emerging Mkts<br>(EMB) | A | Dividend | J | T | Buy | 02/01/18 | J | | |
| 133. | | | | | Sold<br>(part) | 04/02/18 | J | | |
| 134. | | | | | Sold<br>(part) | 05/07/18 | J | | |
| 135. | | | | | Buy<br>(add'l) | 08/02/18 | J | | |
| 136.  ISHARES TR SHORT-TERM CORP BD<br>(IGSB) | A | Dividend | J | T | Buy | 08/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. SPDR SER TR Barclays High Yield Bond ETF (JNK) | A | Dividend | | | Sold | 02/01/18 | J | A | |
| 138. Vanguard Bd Index Fd Inc Total Bd Market ETF (BND) | A | Dividend | K | T | Buy (add'l) | 02/01/18 | J | | |
| 139. | | | | | Sold (part) | 04/02/18 | J | | |
| 140. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 141. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 142. Vanguard TaxManaged Intl Fd FTSE (VEA) | B | Dividend | K | T | Sold (part) | 02/01/18 | J | A | |
| 143. | | | | | Sold (part) | 04/02/18 | J | A | |
| 144. | | | | | Sold (part) | 05/07/18 | J | A | |
| 145. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 146. Vanguard Charlotte Funds Total Intl Bd Index Fund ETF (BNDX) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |
| 147. | | | | | Sold (part) | 04/02/18 | J | A | |
| 148. | | | | | Sold (part) | 05/07/18 | J | A | |
| 149. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 150. Vanguard Intl Equity Index Fds FTSE (VWO) | A | Dividend | K | T | Sold (part) | 02/01/18 | J | A | |
| 151. | | | | | Sold (part) | 04/02/18 | J | A | |
| 152. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 153. | | | | | Sold (part) | 08/02/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The trust identified in Part I contains no reportable assets.

Part VII, line 4: The investments of this ESOP, which was established in 2009, are not participant-directed. The information reported is the most recent available information, which is as of 12/31/2016.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 05/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Laura T. Swain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544